**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DANIEL ALDANA, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>ACCESS TELECARE, LLC,<br><br>Defendant. | Civil Action No. 3:24-cv-03254 |

**<u>MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT</u>**

Defendant Access TeleCare, LLC hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiff Daniel Aldana's Class Action Complaint. In the alternative, if the Court does not dismiss the Complaint in its entirety, Defendant hereby moves pursuant to Federal Rule of Civil Procedure 12(f) to strike the immaterial and impertinent allegations concerning identity theft that have nothing to do with the parties or facts of this case. In support, Defendant relies upon the accompanying Memorandum of Law.

Dated: March 6, 2025

Respectfully submitted,
<u>*/s/ Amanda Harvey*</u>
Amanda Harvey
Tex. Bar No. 24046038
Kayleigh Watson
Tex. Bar No. 24102632
**MULLEN COUGHLIN LLC**
1452 Hughes Road, Suite 200
Grapevine, TX 76051
Phone: (267) 930-1697
Fax: (267) 930-4771

aharvey@mullen.law
kwatson@mullen.law

*Counsel for Defendant Access TeleCare, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 6, 2025, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/Kayleigh Watson*
Kayleigh Watson